UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A.R. HITLER,
aka CARL RENOWITZKY,

        Plaintiff,

    v.

PEOPLE OF THE UNITED STATES,

        Defendant.

Case No. 18-cv-05282-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with this Court's order to file an application to proceed *in forma pauperis* ("IFP"). Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to comply with the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must be accompanied by a properly completed IFP application.

If plaintiff chooses to move to reopen the case, he is advised that he must state legally recognizable claims against any named defendant, alleging a plausible basis for suing them. The existing complaint is wholly deficient in that respect.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 25, 2018

_____
WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California

1

2

3

4                                CERTIFICATE OF SERVICE

5            I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

6    District Court, Northern District of California.

7            That on 10/25/2018, I SERVED a true and correct copy of the attached, by placing said

     copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said

8    envelope in the U.S. Mail.

9

           Carl A.R. Hitler ID: 226721
10         aka Carl Renowitzky
           Marin County Jail
11         3501 Civic Center Drive
           San Rafael, CA 94903
12

13

14   Dated: 10/25/2018

15

16                                                Susan Y. Soong
                                                  Clerk, United States District Court
17

18   By: _____

                                                  Jean Davis, Deputy Clerk to the
19                                                Honorable WILLIAM H. ORRICK

20

21

22

23

24

25

26

27

28