UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER,<br>aka CARL RENOWITZKY,<br><br>    Plaintiff,<br><br>    v.<br><br>PEOPLE OF THE UNITED STATES,<br><br>    Defendant. | Case No. 18-cv-05282-WHO (PR)<br><br>**JUDGMENT** |

This federal civil rights action having been dismissed without prejudice, judgment is entered in favor of defendant.

**IT IS SO ORDERED.**

**Dated:** October 25, 2018



WILLIAM H. ORRICK
United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/25/2018, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Carl A.R. Hitler ID: 226721
aka Carl Renowitzky
Marin County Jail
3501 Civic Center Drive
San Rafael, CA 94903

Dated: 10/25/2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Jean Davis, Deputy Clerk to the
Honorable WILLIAM H. ORRICK